ROSEN & ASSOCIATES, P.C.
Attorneys for the Chapter 7 Trustee
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                          Chapter 7

FIRST WIVES ENTERTAINMENT LIMITED         Case No. 16-11345 (RG)
LIABILITY COMPANY,

                                               Debtor.
------------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

The undersigned, under penalty of perjury, hereby certifies as follows:

I am over 18 years of age, reside in Westchester, New York and I am not a party to this proceeding.

On March 10, 2020, I served the following:

(i) *Application of Rosen & Associates, P.C., Attorneys for the Chapter 7 Trustee, for a First Interim Allowance of Compensation and Reimbursement of Expenses* [Docket No. 193]:

(ii) *Trustee's Interim Report and Application for Interim compensation and Reimbursement of Expenses* [Docket No. 191]; and

(iii) *Application of Bederson LLP, Expert Consultant for the Trustee for Compensation Pursuant to 11 U.S.C. Sections 330 and 331* [Docket No. 194],

upon the parties whose names and addresses are set forth on the service list annexed hereto, by regular first-class mail by depositing true copies of the same in post-paid, properly addressed

wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the state of New York.

Dated: New York, New York
   March 10, 2020

                 <u>/s/ Carrie L. Manganiello</u>
                  Carrie L. Manganiello

## Service List

Office of the United States Trustee
201 Varick Street, Suite 1006
New York, NY 10014
Attn.: Andy Velez-Rivera, Esq.

Archer & Greiner, P.C.
630 Third Avenue, 7th Floor
New York, NY 10017
Attn.: Allen G. Kadish, Esq.

Clark Hill PLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Attn.: Candace C. Carlyon, Esq.